UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA WALKER,

        Plaintiff,

                              Case No. 20-CV-12206

vs.

                              HON. GEORGE CARAM STEEH

MICHIGAN EDUCATION ASSOCIATION,

        Defendant.
_____/

ORDER DENYING PLAINTIFF'S MOTION
FOR TEMPORARY RESTRAINING ORDER OR
<u>PRELIMINARY INJUNCTION WITHOUT PREJUDICE [ECF No. 2]</u>

      This matter is before the court on plaintiff Angela Walker's motion for a temporary restraining order and/or preliminary injunction against defendant Michigan Education Association to refrain from proceeding with its collection action in Michigan's 14A-4 District Court, case no. 204C0174GC, *Michigan Education Association v. Angela Walker*. Defendant's counsel represented to the court that upon the filing of plaintiff's lawsuit in this court, the hearing in the state collection case was adjourned and will not be rescheduled while the federal case is pending. While defendant has not moved for an administrative closing of the collection case, the objective sought by plaintiff has nevertheless been

- 1 -

achieved.   If circumstances change, plaintiff may refile her motion.   Now, therefore,

IT IS HEREBY ORDERED that plaintiff's motion for a temporary restraining order and/or preliminary injunction is DENIED without prejudice.

Dated:   October 26, 2020

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 26, 2020, by electronic and/or ordinary mail.

s/Brianna Sauve
Deputy Clerk

---